**Holmgeir BRYNJOLFSSON, Plaintiff–Appellant,**

v.

**STATE AGENCY LOS ANGELES UNIFIED SCHOOL DISTRICT, Defendant–Appellee.**

No. 12–55648.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2014.*

Filed May 29, 2014.

Holmgeir Brynjolfsson, Simi Valley, CA, pro se.

Charlie Lee Hill, Jr., Esquire, Los Angeles Unified School District Office of the

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

General Counsel, Los Angeles, CA, for Defendant–Appellee.

Before: CLIFTON, BEA, and WATFORD, Circuit Judges.

### MEMORANDUM [**]

Holmgeir Brynjolfsson appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action against the Los Angeles Unified School District ("LAUSD") alleging Fourteenth Amendment due process violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal on the basis of Eleventh Amendment immunity, *Cholla Ready Mix, Inc. v. Civish*, 382 F.3d 969, 973 (9th Cir.2004), and we affirm.

The district court properly dismissed Brynjolfsson's action against LAUSD on the basis of Eleventh Amendment immunity. *See Belanger v. Madera Unified Sch. Dist.*, 963 F.2d 248, 251–54 (9th Cir.1992) (a school district is a "state agency" for the purposes of the Eleventh Amendment); *see also Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 100, 104 S.Ct. 900, 79 L.Ed.2d 67 (1984) (Eleventh Amendment immunity applies to states and their agencies or departments "regardless of the nature of the relief sought").

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.